UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Narumi and Guarionex Amador,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>South Carolina Department of Social Services (SCDSS), Belinda York, Emily Taylor, Roshawnda Gooden, Ali Johnson, SCDSS Supervisor Belinda York (NU), SCDSS Supervisor Emily Taylor (NU), SCDSS Supervisor of Roshawnda Gooden (NU), and SCDSS Supervisor of Ali Johnson (NU),<br><br>　　　　　　　　　　Defendants. | C/A 24-cv-01302-SAL<br><br>**PLAINTIFF'S EXPERT WITNESS DISCLOSURE PURSUANT TO RULE 26(A)(2)(B) and (C)(I) and (II), FED.R.CIV.P.** |

Narumi and Guarionex Amador, by and through herundersigned counsel, pursuant to Rule 26(a)(2)(B), and Rule 26(a)(2)(C)(i) and (ii), Fed.R.Civ.P., as well as this Court's Second Amended Scheduling Order dated March 20, 2024, hereby files their Expert Witness Disclosures:

1. None.

Pursuant to Rules of Evidence 702, 703 or 705, pursuant to Rule 26(a)(2)(C)(i) and (ii), Fed.R.Civ.P., Plaintiff submits the following treating medical services providers:[1]

**Medical Provider for Narumi Amador**

Lisa A. Southworth, LPC

Post Trauma Resources LLC

1709 Laurel St., Columbia, S.C. 29201

803-765-0700

www.posttrauma.com

Roy and Sue Milam

Cornerstone Marriage and Family Ministries

9 Peaceful Drive, Huntsville TX. 77340

281-304-1500

Brittany Clow, LISW-CP/S

Counseling Services of Greenville

4006 E. North Street Ste. C

864-326-4696

Counselingservicesofgreencille@gmail.com

Todd D. Hanson, MA, LMFT

Post Trauma Resources LLC.

1709 Laurel Street, Columbia SC 29201

Phone:803-765-0700

Email: tdhanson@posttrauma.com

Janet Foster, LPC,Med

Business Website: www.therapyyourway.org

305B Stoneridge Dr., Columbia, SC 29210

Phone:803-708-6014

Fax:803-708-5315

Email: jfoster@therapyyourway.net

Location: 305-B Stoneridge Dr. Columbia, SC 29210

Esther M. Sturdivant Gallieshaw CEO, EdS, NCC, LPC

DBA Spectrum Family Solutions LLC (G.A. and N.A.)

1220 Pickens Street - Columbia, SC 29201

Phone:803-978-4788

Email: esgallie@spectrumfamilysolutions.com

**Medical Provider for Guarionex Amador**

Esther M. Sturdivant Gallieshaw CEO, EdS, NCC, LPC

DBA Spectrum Family Solutions LLC (G.A. and N.A.)

1220 Pickens Street - Columbia, SC 29201

Phone:803-978-4788

Email: esgallie@spectrumfamilysolutions.com

Todd D. Hanson, MA, LMFT

Post Trauma Resources LLC.

1709 Laurel Street, Columbia SC 29201

Phone:803-765-0700

Email: tdhanson@posttrauma.com

                          Respectfully Submitted,

                          s//Deborah J. Butcher
                          Robert J. Butcher

                                      Federal Bar No. 9767
                                      Deborah J. Butcher
                                      Federal Bar No. 10731
                                      The Foster Care Abuse Law Firm, PA
                                      507 Walnut Street
                                      Camden, South Carolina 29020
                                      P.O. Box 610
                                      Camden, South Carolina 29021
                                      Telephone: (803) 432-7599
                                      Facsimile: (803) 432-7499
                                      Email: rbutcher@camdensc-law.com
                                      Email: dbutcher@camdensc-law.com

Camden, South Carolina
January 1, 2025